

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00322-CV

**VACZILLA TRUCKING, LLC**,
Appellant

v.

**CINTAS CORPORATION**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-03-00059-CVK
Honorable Ron Carr, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  September 3, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal and requests that we tax costs of appeal against the party incurring same. The motion contains a certificate of conference stating that appellee is not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM